## Howard F. Hobbs, Appellee, v. H. M. Gousha Company, Appellant.

### Gen. No. 41,583.

opinion filed February 26, 1941. Max Murdock, for appellant; Gariepy & Gariepy, for appellee; Fred A. Gariepy, Owen Rall and John Spalding, of counsel. Opinion by JUSTICE BURKE. ''Not to be published in full.''